■ CLARENCE EISEN v SACKMAN-GILLILAND CORPORATION. — Motion for reargument denied for failure to comply with CPLR 1101 (subd [a]). Concur — Murphy, P. J., Sullivan, Ross and Bloom, JJ.

■ In the Matter of LEON DICKER, an Attorney. — Motion to stay order of disbarment denied. The stay dated June 29, 1984 affixed to the notice of motion is vacated. Concur — Murphy, P. J., Kupferman, Carro, Milonas and Alexander, JJ.

■ In the Matter of IRVING BECKER, a Disbarred Attorney. — Application to be discharged from appointment to inventory files granted with the grateful appreciation of this court, and movant directed to deliver the files as indicated in the order of this court. Concur — Murphy, P. J., Ross, Bloom, Milonas and Alexander, JJ.